```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15110
   FERNANDO CARRASCO
   JASMINE CARRASCO                       CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-3646     SSN XXX-XX-8158

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/21/2007 and was confirmed 11/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

     The case was converted to chapter 7 after confirmation 02/01/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED VEHIC   9891.61            69.48        949.12
DISCOVER FINANCIAL SERVI   UNSECURED      11218.41              .00           .00
HSBC BANK USA              CURRENT MORTG       .00              .00           .00
HSBC BANK USA              MORTGAGE ARRE   7217.00              .00           .00
OCWEN FEDERAL BANK         CURRENT MORTG       .00              .00           .00
OCWEN FEDERAL BANK         MORTGAGE ARRE    944.41              .00           .00
CARMAX AUTO FINANCE        SECURED VEHIC  11301.00            79.48       1063.18
CARMAX AUTO FINANCE        UNSECURED        319.86              .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        9342.47              .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       3743.55              .00           .00
ASSOCIATED RECOVERY SYST   UNSECURED      NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED       4799.58              .00           .00
BAKER MILLER MARKOFF & K   UNSECURED      NOT FILED            .00           .00
RADIOLOGY ASSOC OF S FLO   UNSECURED      NOT FILED            .00           .00
RADIOLOGY ASSOC OF S FLO   UNSECURED      NOT FILED            .00           .00
CATALANO CABOOR & CO       UNSECURED      NOT FILED            .00           .00
DIRECTV                    UNSECURED      NOT FILED            .00           .00
ILLINOIS DEPT OF REV       PRIORITY        5507.47              .00           .00
SPRINT-NEXTEL CORP         UNSECURED        580.12              .00           .00
SOUTH FLORIDA EMERGENCY    UNSECURED      NOT FILED            .00           .00
SOUTH FLORIDA EMERGENCY    UNSECURED      NOT FILED            .00           .00
HSBC NV                    UNSECURED      NOT FILED            .00           .00
UNIV OF CHICAGO DEPT OF    UNSECURED      NOT FILED            .00           .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED        236.19              .00           .00
KAY JEWELERS               UNSECURED      NOT FILED            .00           .00
NORTHERN EMER OCC MED      UNSECURED      NOT FILED            .00           .00
MIAMI DADE WATER & SEWER   UNSECURED      NOT FILED            .00           .00
DIRECTV                    UNSECURED      NOT FILED            .00           .00
NELNET                     UNSECURED      NOT FILED            .00           .00
NICOR GAS                  UNSECURED      NOT FILED            .00           .00
NORTHSTAR LOCATION SERVI   UNSECURED      NOT FILED            .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15110 FERNANDO CARRASCO & JASMINE CARRASCO
```

```
OMNIUM WORLDWIDE           UNSECURED       NOT FILED            .00           .00
THE OVERLOOK LAKE GRIFFI   UNSECURED       NOT FILED            .00           .00
VERIZON WIRELESS           UNSECURED        2222.06             .00           .00
VICTORIAS SECRET           UNSECURED       NOT FILED            .00           .00
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED            .00           .00
WORLD FINANCIAL NETWORK    UNSECURED         750.98             .00           .00
COOK COUNTY TREASURER      SECURED          4400.00           10.05        544.44
WELLS FARGO BANK NA        SECURED NOT I   24667.97             .00           .00
ILLINOIS DEPT OF REV       UNSECURED         990.33             .00           .00
JAMES A YOUNG              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                         188.25
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               2,904.00

PRIORITY                                            .00
SECURED                                        2,556.74
    INTEREST                                     159.01
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             188.25
DEBTOR REFUND                                       .00
                   ---------------       ---------------
TOTALS                2,904.00                 2,904.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 05/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 07 B 15110 FERNANDO CARRASCO & JASMINE CARRASCO